# REMITTANCE STATEMENT

D. Sims Crawford, Chapter 13 Standing Trustee
Chapter 13 Bankruptcy Cases
P.O. Box 10848
Birmingham, AL 35202

DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK

| Check Number | Printed |
|---|---|
| 580658 | 8/1/2014 |

CLERK, US BANKRUPTCY COURT
Unclaimed Monies
1800 5th Avenue North
Birmingham, AL 35203

| Issue Date |
|---|
| 08/01/2014 |

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 0804802 | LAMMONS, JOSH | | | Continuing | 11.68 |
| | ORIGINAL CHECK 567337 03/07/2014 LAMMONS, JOSH 433 CAMDEN COVE CIRCLE CALERA AL 35040 | | | | |
| 0806376 | WILLIAMS, IESHIA SHANTEL | | | Continuing | 189.17 |
| | ORIGINAL CHECK 567346 03/07/2014 WILLIAMS, IESHIA 2721 7TN PLACE, NE ***MR*** CENTER POINT AL 35215 | | | | |
| 0806496 | CRAIG, ZANDRIA Y | | | Continuing | 0.02 |
| | ORIGINAL CHECK 568947 03/20/2014 CRAIG, ZANDRIA 5304 AVE I BIRMINGHAM AL 35208 | | | | |
| 0900387 | MOORE, III, YOUNG | | | Continuing | 3.83 |
| | ORIGINAL CHECK 567350 03/07/2014 MOORE, III, YOUNG 2114 - 34TH AVE NORTH BIRMINGHAM AL 35207 | | | | |
| 0901624 | HARDEMAN, MATTHEW | | | Continuing | 1,621.88 |
| | ORIGINAL CHECK 567364 03/07/2014 HARDEMAN, MATTHEW 1403 17TH WAY SOUTH ***MR*** BIRMINGHAM AL 35205 | | | | |
| 0905181 | WIGGINS, LARRY | | | Continuing | 2.53 |
| | ORIGINAL CHECK 567374 03/07/2014 WIGGINS, LARRY 2805 3RD STREET NW BIRMINGHAM AL 35215 | | | | |
| 0907369 | WOOD, JEFFERY A. | | | Continuing | 37.82 |
| | ORIGINAL CHECK 567379 03/07/2014 WOOD, JEFFERY & BELINDA 2673 ROSE DRIVE MORRIS AL 35116 | | | | |
| 1201916 | JONES, JAMES THOMAS | | | Continuing | 1,515.00 |
| | ORIGINAL CHECK 567430 03/07/2014 JONES, JAMES 1225 GRAND CIRCLE BIRMINGHAM AL 35214 | | | | |
| 1303846 | MCPHERSON, MARGIE YVONNE | | | Continuing | 2.42 |
| | ORIGINAL CHECK 567452 03/07/2014 MCPHERSON, MARGIE 2795 NORTH ROAD GARDENDALE AL 35071 | | | | |
| 1305032 | GREEN, SHERYLL ANDREA | | | Continuing | 292.32 |
| | ORIGINAL CHECK 567463 03/07/2014 GREEN, SHERYLL 719 SHARPSBURG CIRCLE BIRMINGHAM AL 35213 | | | | |
| 1400019 | DAVIS, WANNA CHRISTINA | | | Continuing | 335.00 |
| | ORIGINAL CHECK 567472 03/07/2014 DAVIS, WANNA 8285 HALL AVENUE LEEDS AL 35094 | | | | |
| | | | | TOTAL | 4,011.67 |

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.

Case 13-05032-TOM13    Doc 55    Filed 08/25/14    Entered 08/25/14 09:36:13    Desc Main
Document    Page 1 of 1