D. Sims Crawford
Chapter 13 Bankruptcy Cases
Northern District of Alabama
Unclaimed Funds Remittance Statement

| Case No. | Debtor | Creditor | Amount | Check No |
|---|---|---|---|---|
| 13-05032 | Green, Sheryll | Sheryll Green, Debtor Refund<br>719 Sharpsburg Circle<br>Birmingham, AL 35213 | 438.48 | 580663 |

Page 1 of 1